ACCEPTED
03-13-00275-CR
5008390
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 2:32:14 PM
JEFFREY D. KYLE
CLERK

# SHEEHY, LOVELACE & MAYFIELD, P. C.

### ATTORNEYS AND COUNSELORS AT LAW
#### *Established 1893*

510 N. VALLEY MILLS DRIVE
SUITE 500
WACO, TEXAS 76710

TELEPHONE (254) 772-8022
FACSIMILE (254) 772-9297

**E. ALAN BENNETT**

**BOARD CERTIFIED®**
Texas Board of Legal Specialization

CRIMINAL APPELLATE LAW
CRIMINAL LAW

E-MAIL: abennett@slmpc.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 2:32:14 PM
JEFFREY D. KYLE
Clerk

April 23, 2015

Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

      Re:    No. 03-13-00275-CR; Lewis v. State; In the Third Court of Appeals, Austin;
Certification of Compliance with Rule 48.4

Mr. Kyle:

The undersigned hereby certifies that on April 17, 2015 counsel mailed to the appellant copies of the opinion and judgment rendered by the Court in the above cause and advised the appellant of the right to file a petition for discretionary review.

Counsel mailed these items to the appellant by certified mail, return receipt requested. A copy of the signed return receipt is attached hereto as Exhibit "A".

Sincerely,

*Alan Bennett*
E. Alan Bennett

Attachment

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mario Demont Lewis
TDCJ #01864015
William P. Clements Unit
9601 Spur 591
Amarillo, Tx 79107-9606

2. Article Number
(Transfer from service label)

7014 2870 0000 2208 6690

PS Form 3811, July 2013   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mario Lewis_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

MARIO Lewis   4-21-15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

APR 2 3 2015

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**Exhibit "A"**